JOSEPH D. LONG *v.* PETER F. KIMBALL.

APPEAL from the District Court of Natchitoches, *Campbell,* J.
*Tuomey,* for the appellant.
*P. A. Morse,* contra.

MARTIN, J.   The plaintiff is appellant from a judgment refus-
ing him damages, for injury done to his flat-boat, loaded with lum-
ber, by a steamboat belonging to the defendant, through the gross
neglect of the master and those on board.   His counsel has refer-
red us to the case of *Saune* v. *Tourne, &c.,* (9 La.  425,) and to the
same on a re-hearing, (Ib. 429,) in which we held that it was en-
cumbent on the defendant to show that the steamboat made use of
all proper precaution to avoid running upon the schooner, when the
schooner was descending the river, and the steamboat ascending ;
and he has contended that the present case, which is that of a flat-
boat descending the river, is much stronger than that of a schoon-
er, the latter being more manageable.   The District Judge was of
opinion that the injury to the flat-boat, was rather the result of ac-
cident than of neglect, or want of skill in the master of the steam-
boat or those on board.   The flat-boat was concealed from those
on board the steamer by a point of land which projected into the
river, until it was too late for the latter to prevent the collision.   As
usual in cases of this character, there is a good deal of contradiction
between the testimony of persons on the respective vessels ; but
it does not appear to us that the District Court erred in the con-
clusion to which its examination of the evidence led.

*Judgment affirmed.*